UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

    V.

Michael Chertoff, Secretary DHS, et. al.

                        CASE NUMBER 1:06CV01340
                        JUDGE: Gladys Kessler

**Affidavit of Service**

I, Yusuf Ahmad, served the Summons and Complaint personally to the Attorney General, Alberto R. Gonzales on August 7, 2006. Ms. W. Lee, with the office of the Attorney General accepted the personal service on behalf of the Attorney General, Alberto R. Gonzales.

Dated: August 8, 2006

                                              _/s/ Yusuf Ahmad_
                                              Yusuf Ahmad
                                              Law Offices of Rajiv S. Khanna, P.C.
                                              5225 N. Wilson Blvd
                                              Arlington, VA 22205
                                              (703) 908-4800