UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

    V.

Michael Chertoff, Secretary DHS, et. al.

                            CASE NUMBER 1:06CV01340
                            JUDGE: Gladys Kessler

**Affidavit of Service**

      I, Yusuf Ahmad, served the Summons and Complaint personally to the Director, Emilio T. Gonzalez, of U.S. Citizenship and Immigration Services on August 7, 2006. Ms. Lakisha Richardson, with the office of Director, Emilio T. Gonzalez, U.S. Citizenship and Immigration Services accepted the personal service on behalf of the Director of the U.S. Citizenship and Immigration Services.

Dated: August 8, 2006

                                        Yusuf Ahmad
                                        Law Offices of Rajiv S. Khanna, P.C.
                                        5225 N. Wilson Blvd
                                        Arlington, VA 22205
                                        (703) 908-4800