UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

    V.

Michael Chertoff, Secretary DHS, et. al.

                                              CASE NUMBER 1:06CV01340
                                              JUDGE: Gladys Kessler

### Affidavit of Service

    I, Yusuf Ahmad, served the Summons and Complaint personally to the Director, Robert S. Mueller, of the Federal Bureau of Investigation on August 7, 2006. Ms. Elizabeth Ritter, with the Office of General Counsel, Federal Bureau of Investigation accepted the personal service on behalf of the Director of the Federal Bureau of Investigation.

Dated: August 8, 2006

                                              Yusuf Ahmad
                                              Law Offices of Rajiv S. Khanna, P.C.
                                              5225 N. Wilson Blvd
                                              Arlington, VA 22205
                                              (703) 908-4800