UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

    V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01340
JUDGE: Gladys Kessler

**Affidavit of Service**

    I, Yusuf Ahmad, served the Summons and Complaint personally to the U.S. Attorney on August 7, 2006. Mr. Reginald D. Rowan, with the office of the U.S. Attorney accepted the personal service on behalf of the U.S. Attorney.

Dated: August 8, 2006

_/s/ Yusuf Ahmad_
Yusuf Ahmad
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800
