UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

    V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV01340
JUDGE: Gladys Kessler

### Affidavit of Service

    I, Yusuf Ahmad, served the Summons and Complaint personally to U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, on August 7, 2006. Ms. Lakisha Richardson, with the office of U.S. Citizenship and Immigration Services accepted the personal service on behalf of U.S. Citizenship and Immigration Services.

Dated: August 8, 2006

Yusuf Ahmad
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800