UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV01340
JUDGE: Gladys Kessler

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Michael Chertoff, Secretary, U.S. Department of Homeland Security, Office of General Counsel, Washington D.C. 20528 by U.S. Postal Service Certified Mail on August 7, 2006. Michael Chertoff, Secretary received the summons on August 17, 2006.

Dated: August 24, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800