UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV01340
JUDGE: Gladys Kessler

### Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to Christina Paulos, Director, California Service Center, United States Citizenship & Immigration Service, 24000 Avila Rd., 2nd Floor, Room 2312, Laguna Niguel, CA 92677 by U.S. Postal Service Certified Mail on August 7, 2006. California Service Center received the summons on August 15, 2006.

Dated: August 24, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800