UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

V.

Michael Chertoff, Secretary DHS, et al

CASE NUMBER 1:06CV01340
JUDGE: Gladys Kessler

Affidavit of Service

I, Heather M. Crump, mailed the summons and complaint personally to U.S. Department of Homeland Security, Office of General Counsel, Washington D.C. 20528 by U.S. Postal Service Certified Mail on August 7, 2006. U.S. Department of Homeland Security received the summons on August 15, 2006.

Dated: August 24, 2006

Heather M. Crump
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Department of Homeland Security
Office of the General Counsel
Washington, DC 20528

SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
AUG 1 5 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0004 0988 4838

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage    $    $1.38
Certified Fee    $1.35
Return Receipt Fee (Endorsement Required)    $2.40
Restricted Delivery Fee (Endorsement Required)    $1.85
Total Postage & Fees    $    $0.00
    $5.60

Sent To
US Department of Homeland Security
Street, Apt. No.; or PO Box No.    Office of General Counsel
City, State, ZIP+4    DC 20528

7006 0810 0004 0988 4838