UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHUNG MAO SHUNG,<br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al<br>    Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 6-1340 (GK)<br>)<br>)<br>)<br>)<br>) |

CONSENT MOTION FOR EXTENSION OF TIME

   Defendants respectfully request, pursuant to Federal Rule of Civil Procedure 6(b), an extension of time to October 11, 2006, in which to file their answer in this matter.

   Docket entry number 2 in this case reflected answer due dates of October 6, 2006 for some defendants and October 16, 2006 for some defendants. The defendants include the U.S. Citizenship and Immigration Services, the agency head, and the named Director of the California Service Center. There was some confusion as to whether Federal Rule of Civil Procedure (a)(3)(A) or (B) was applicable. However, since it appears that all of the individuals named are most likely being sued in their official capacities, the Answer was due on October 6 rather than on October 16.

Plaintiff's counsel has been contacted and he consents to this motion for extension. This is the first motion for extension filed.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH  CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514-6970

Of Counsel:
Richard G. Vinet
California Service Center – CIS