UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHUNG MAO SHUNG,<br>　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al<br>　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 6-1340 (GK)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of the consent motion for an extension of time in which to file an answer in this matter on October 11, 2006, it is hereby

ORDERED that the motion is GRANTED

Date: _____

_____
UNITED STATES DISTRICT JUDGE