UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ImmigrationPortal.Com, et al.,

        Plaintiffs,

V.

                                          Civil Action: 03-2606 (JR)

Michael Chertoff, et al.,

        Defendants.

### JOINT STIPULATION OF DISMISSAL

The parties have agreed that this case shall be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party to bear their own fees, costs and expenses.

                                          Respectfully submitted,

| | |
|---|---|
| Jeffery A. Taylor, D.C. Bar. #498610<br>United States Attorney | Rajiv S. Khanna, D.C. Bar # 419023<br>Law Offices of Rajiv S. Khanna, P.C.<br>5225 N. Wilson Boulevard<br>Arlington, VA. 22205<br>(703) 908-4800, Ext. 110 |
| Rudolph Contreras, D.C. Bar #434122 | Fax: (703) 908-4890<br>e-mail: rskhanna@immigration.com<br>Attorney for Plaintiffs |

Karen L. Melnik, D.C. Bar #436452
Assistant United States Attorney
555 4th Street, N.W.
Room, E4112
Washington, D.C. 20530

Peter D. Keisler
Assistant Attorney General
Civil Division

Terri J. Scadron
Assistant Director

William C. Erb, Jr.
Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box: 878, Ben Franklin Station
Washington, D.C. 20044-0878
(202) 616-4869
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ImmigrationPortal.Com, et al.,

        Plaintiffs,

Civil Action 03-2606 (JR)

Michael Chertoff, et al.,

        Defendants.

### ORDER

Upon consideration of Joint Stipulation of Dismissal filed by the parties, IT IS ACCORDINGLY ORDERED that Joint Stipulation for Dismissal is hereby GRANTED, and that this action is dismissed;

IT IS FURTHER ORDERED that parties to bear their own fees, costs and expenses.

Dated: _____, 2007

                                              _____
                                              United States District Court Judge

cc:

Rajiv S. Khanna, Esq.
Law Offices of
Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd.
Arlington, VA. 22205

William C. Erb, Jr.
Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box: 878, Ben Franklin Station
Washington, D.C. 20044-0878

Karen L. Melnik
Judiciary Center Building
Assistant United States Attorney
555 4th Street, NW
Room E4112
Washington, D.C. 20530