UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Chung Mao Shung

        Plaintiff,

V.

                                        Civil Action: 1:06CV01340
                                        Judge Gladys Kessler

Michael Chertoff, Secretary, et.al.

        Defendants.

## JOINT STIPULATION OF DISMISSAL

The parties have agreed that this case shall be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii), each party to bear their own fees, costs and expenses.

                                        Respectfully submitted,

Jeffrey A. Taylor, D.C. Bar # 498610      Rajiv S. Khanna,
United States Attorney                            D.C. Bar No. 419023
                                                    Law Offices of Rajiv S. Khanna, P.C.
Rudolph Contreras, D.C. Bar # 434122    5225 N. Wilson Boulevard
Assistant United States Attorney           Arlington, Virginia 22205
                                                      Phone: 703-908-4800, Extension
Rhonda C. Fields                              Email: rskhanna@immigration.com
Assistant United States Attorney
Civil Division
555 Fourth Street, NW                     Attorney for Plaintiffs
Washington D.C. 20530
(202) 514-6970

Attorneys for Defendants